Peter W. Rohde and others against Louis J. Altkrug and Ray Reisenburger, appellants, and others, defendants. No opinion. Judgment affirmed, with costs.

ROOD, Appellant, v. BANK OF CATTARAUGUS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Charles D. Rood against the Bank of Cattaraugus.

PER CURIAM. Appeal dismissed, unless within 20 days the appellant procure the case and exceptions to be filed and pay to respondent's attorney $10 costs of this motion. Memorandum by WILLIAMS, J. See, also, 124 N. Y. Supp. 1128.

SPRING, J., not sitting.

ROOK, Respondent, v. ROOK, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by May E. Rook against Louis E. Rook. No opinion. Final order unanimously affirmed with costs. See, also, 137 App. Div. 935, 121 N. Y. Supp. 1146.

ROSENFELD, Respondent, v. STOLTS, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Hyman Rosenfeld, an infant, etc., against Julius W. Stolts as president, etc. H. C. Allen, for appellant. L. H. Levine, for respondent. No opinion. Order reversed, with $10 costs and disbursements to defendant to abide event of action, and plaintiff required to give bill of particulars as directed in order. Order filed.

ROSENTHAL v. FOLEY et al. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Ray Rosenthal against John Foley, impleaded with others. No opinion. Judgment affirmed, with costs.

ROSENTRAUB v. BROOKLYN, Q. C. & S. R. CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Morris Rosentraub against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

In re ROTHBERG. (Supreme Court, Appellate Division, Second Department. October 5, 1910.) In the matter of the application of Bernard Rothberg to review the action, etc., of inspectors of primary election. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROTHBERG. (Supreme Court, Appellate Division, Second Department. November 3, 1910.) In the matter of the application of Bernard Rothberg to review summarily the action and neglect of the Convention of the Independence League to nominate a candidate of said party for representative from the Fourth congressional district of New York, held on the 13th day of October, 1910, and to set aside the nomination made by such convention. No opinion. Order confirmed, without costs.

RUBINSTEIN v. EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Samuel Rubinstein against the Empire State Surety Company. No opinion. Application granted. Order signed.

RYAN, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by James J. Ryan against the Boston & Maine Railroad.

PER CURIAM. Judgment and order reversed as against the weight of evidence, and new trial granted with costs to appellant to abide event.

SMITH, P. J., and COCHRANE, J., dissenting.

SADLER et al. v. BOSTON & BOLIVIA RUBBER CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by H. McI. Sadler and others against the Boston & Bolivia Rubber Company. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 405.

In re SAYER. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Matter of Henry A. Sayer, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

SAYLES, Appellant, v. KELLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Burton E. Sayles, as executor, etc., of Louisa Sayles, deceased, against William T. Kelley.

PER CURIAM. Order requiring plaintiff to give security for costs affirmed without costs of this appeal to either party. Order dismissing the complaint because of failure to give security for costs affirmed, with $10 costs and disbursements. In view of the affirmance of the previous orders, it is unnecessary to pass upon the appeal from the order directing the plaintiff to pay costs of former action. See, also, 134 App. Div. 957, 118 N. Y. Supp. 1139; also, infra.

SAYLES v. KELLEY. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Burton E. Sayles, as executor, etc., against William T. Kelley. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, supra.

SAYLES, Appellant, v. OSTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Burton E. Sayles, as executor, etc., of